## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HARRINGTON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BARRY SMITH, et al., | : | No. 20-cv-2076 |
| Respondents. | : | |

## NOTICE OF APPEARANCE

Peter Andrews hereby enters his appearance on behalf of the Respondents in this case.

## NOTICE OF WITHDRAWAL OF APPEARANCE

David Napiorski hereby withdraws his appearance on behalf of the Respondents in this case.

Respectfully submitted,

_____/s/_____
PETER F. ANDREWS
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov

_____/s/_____
DAVID J. NAPIORSKI
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: David.napiorski@phila.gov

# CERTIFICATE OF SERVICE

I, Peter F. Andrews, hereby certify that on September 22, 2025, I served a copy of this response by placing it, first-class postage prepaid, in the United States mail addressed to:

> Smart Communications / PADOC [1]
> David Harrington / MB-0630
> SCI – Houtzdale
> PO Box 33028
> St. Petersburg, FL 33733

/s/
_____
PETER F. ANDREWS
Assistant District Attorney
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov

---

[1] The respondents are required by Pennsylvania Department of Corrections policy to mail this to the petitioner using the Smart Communications address. The applicable policy provides, "all incoming inmate mail (other than privileged) must be sent to the Department's contracted incoming inmate mail processor," which is Smart Communications. See Pa. DOC, DC-ADM 803, § 1 (C)(1). Respondents' legal filings are not "privileged," because counsel for the respondents do not represent the petitioner or have any other relationship with the petitioner that would make their communications privileged. Therefore, the respondents are prohibited by the DOC's policy from mailing documents directly to the petitioner at the address of the prison where the petitioner is in custody.